```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

CALVIN ALPHONSE LEE,             :

     Plaintiff,               :

vs.                              :   CIVIL ACTION 04-00710-BH-B

JUDGE JAMES WOOD,
*et al*,                         :

     Defendants.              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that Plaintiff's action be dismissed without prejudice for failure to state a claim upon which relief may be granted.

**DONE** this 27th day of August, 2007.

                                              s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE